SB PHARMCO PUERTO RICO, INC. (doing business as GlaxoSmithKline) and SmithKline Beecham Corp. (doing business as GlaxoSmithKline), Plaintiffs–Appellees,

v.

MUTUAL PHARMACEUTICAL COMPANY, INC. and United Research Laboratories, Inc., Defendants–Appellants.

No. 2008–1414.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY and The City of Minneapolis, Appellants,

v.

David L. BIBB, Acting Administrator, General Services Administration, Appellee.

No. 2008–1440.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2008.

Peter W. Ginder, Susan L. Segal, Minneapolis, MN, for Appellants.

John S. Groat, Department of Justice, Washington, DC, for Appellee.

### ORDER

Pursuant to the court's November 21, 2008, order, counsel having now entered their appearances on behalf of the appellants,

IT IS ORDERED THAT:

1) The appellants' motion for reconsideration is granted. The court's September 30, 2008, 316 Fed.Appx. 974, order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated.

2) Pursuant to the court's November 21 order, the appellants' brief is due on January 21, 2009.